**Appeal Dismissed and Memorandum Opinion filed February 9, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00707-CV

## RANDALL SEXTON, Appellant

### V.

## APO GATEWAY LLC, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1187535**

## MEMORANDUM OPINION

This appeal is from a final judgment signed September 20, 2022. The clerk's record was filed November 3, 2022. The reporter's record was filed November 10, 2022. No brief was filed.

On December 29, 2022, this court issued an order stating that unless appellant filed a brief on or before January 30, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 4.1(a), 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.